**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Anthony FEURTADO, a/k/a Anthony Greene, a/k/a Ginzo, a/k/a Gap, a/k/a Pretty Tony, a/k/a Tony Feurtado, a/k/a Anthony Lamar Brown, a/k/a Anthony Paul, Defendant—Appellant.**

No. 06–8067.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 13, 2007.

Decided: July 10, 2007.

Anthony Feurtado, Appellant Pro Se. Mark C. Moore, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Feurtado seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2000) motion and denying his motion for reconsideration. The

orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell*, 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee*, 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude Feurtado has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny the motion to reconsider the order denying leave to file a pro se supplemental brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*